**Cary R. Cadonau**, OSB #002245
ccadonau@brownsteinrask.com
BROWNSTEIN RASK LLP
1 SW Columbia Street
Portland, Oregon 97204
Telephone: (503) 221-1772
Fax: (503) 221-1074
    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LG CONTRACTORS, INC.,<br><br>    Defendant. | Civil No. 3:21-cv-00283-YY<br><br>**NOTICE OF DISMISSAL** |

    Pursuant to FRCP 41(a)(1)(A)(i), plaintiffs hereby dismiss this case without prejudice and without an award of fees or costs to any party.

    DATED this 9th day of April 2021.

                                              **BROWNSTEIN RASK, LLP**

                                              /s/ Cary R. Cadonau
                                              Cary R. Cadonau, OSB #002245
                                              Attorney for Plaintiffs